### WEATHERFORD v. STATE.

(Court of Criminal Appeals of Texas. Jan. 8, 1913.)

CRIMINAL LAW (§ 1144*)—APPEAL AND ERROR—RECORD.

　　Where the record on appeal contains neither a statement of facts nor bills of exceptions, it will be presumed that the court's rulings were correct and that the evidence supports the verdict.

　　[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2781, 2901, 3016–3037; Dec. Dig. § 1144.*]

Appeal from District Court, Wilbarger County; S. P. Huff, Judge.

Clarence Weatherford was convicted of murder in the second degree, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted under an indictment charging him with murder, and convicted of murder in the second degree.

There being neither a statement of facts nor bills of exceptions in the record, we must presume that the rulings of the court were correct, and the evidence supports the verdict.

The judgment is affirmed.